# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

NorGUARD Insurance Company

Plaintiff,

v.                                                    Case No.: 1:22–cv–03007
                                                      Honorable Sara L. Ellis

MB Real Estate Services, Inc., et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 17, 2022:

     MINUTE entry before the Honorable Sara L. Ellis: The Court denies Plaintiff's motion to strike Defendant's answer to the complaint [20]. The Court finds that Defendant's affirmative defenses are sufficiently stated such as to place Plaintiff on notice regarding the basis of Defendant's defenses to Plaintiff's claims in the complaint. The Court grants Plaintiff's motion for default judgment [22] and enters judgement in favor of Plaintiff and against Defendants Martin Kraslen and Norman Mechanical, Inc. The Court grants Plaintiff's motion for voluntary dismissal [24] and dismisses Defendant National Wrecking Co. without prejudice and with each party to bear its own costs and fees. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.