**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

NorGUARD Insurance Company,

Plaintiff(s),

v.

MB Real Estate Services, Inc.,

Defendant(s).

Case No. 22 C 03007
Judge Sunil R. Harjani

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

     which ☐ includes    pre–judgment interest.
            ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐      in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒      other: For the reasons provided in the Memorandum Opinion and Order [177], Court enters judgment in favor of NorGUARD and grants in part and denies in part MBRE's motion for sanctions [136]. This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
X   decided by Judge Harjani.

Date: 11/6/2025                       Thomas G. Bruton, Clerk of Court

                                        Lynette Santiago, Deputy Clerk