**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NORGUARD INSURANCE COMPANY,

      Plaintiff,

  v.

MB REAL ESTATE SERVICES, INC.,
MARTIN KRASLEN, NATIONAL
WRECKING COMPANY, and NORMAN
MECHANICAL INC.,

      Defendants.

_____

MB REAL ESTATE SERVICES, INC.,

      Defendant/Third-Party Plaintiff,

  v.

THE CONTINENTAL INSURANCE CO.,

      Third-Party Defendant.

Case No. 22 cv 3007

Honorable Sunil R. Harjani

## AMENDED DECLARATORY JUDGMENT

The Court grants Third Party Defendant the Continental Insurance Company's motion for summary judgment. The Court declares that Continental has no duty to defend or indemnify MB Real Estate Services, Inc. under the terms of the Commercial General Liability Policy No. 6024118999. Judgment is entered in favor of Continental Insurance Company and against MB Real Estate Services, Inc. As a result of the Court's findings of fact and conclusions of law after presiding over a bench trial, judgment is entered in favor of NorGUARD Insurance Company and against MB Real Estate Services, Inc. NorGUARD Insurance Company has no obligation to

defend or indemnify MB Real Estate Services, Inc. in *Martin Kraslen v. MB Real Estate Services, Inc. d/b/a MB Real Estate*, Case No. 2023 L 001592 (Cook Cty.).

The Court grants in part MB Real Estate Services, Inc.'s motion for sanctions [136] as to MBRE's reasonable attorney's fees and costs associated with obtaining the unredacted claim notes from March 19, 2025, through April 24, 2025, and with preparing its Rule 37 and Rule 11 sanctions motions. MB Real Estate Services, Inc.'s motion for sanctions [136] is otherwise denied.

**SO ORDERED.**

Dated: January 26, 2026

Sunil R. Harjani
United States District Judge